# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| DEANDRE L'OVERTURE JACKSON, ) | |
| ) | Civil Action No.: 7:17cv00031 |
| Plaintiff ) | **ORDER** |
| ) | |
| v. ) | By: Hon. Pamela Meade Sargent |
| ) | United States Magistrate Judge |
| EARL BARKSDALE, et al., ) | |
| Defendants ) | |

This matter is before the court on the Defendants' Motion For Summary Judgment, (Docket Item No. 20) ("Motion"). For the reasons set out in the Memorandum Opinion entered this day, the court **GRANTS** the Motion and will enter summary judgment in favor of all of the defendants.

The Clerk is directed to send a certified copy of this Order to all counsel of record and unrepresented parties.

**ENTERED:** August 10, 2017.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE