# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| DEANDRE L'OVERTURE JACKSON, | ) | Civil Action No.: 7:17cv00031 |
|---|---|---|
| Plaintiff | ) | **JUDGMENT** |
| | ) | |
| v. | ) | By: Hon. Pamela Meade Sargent |
| | ) | United States Magistrate Judge |
| EARL BARKSDALE, et al., | ) | |
| Defendants | ) | |

It is **ORDERED AND ADJUDGED** that, in accordance with the court's Memorandum Opinion and Order entered this date, summary judgment is entered in favor of the defendants on the plaintiff's § 1983 claims.

The Clerk is directed to certify a copy of this Judgment to all counsel of record and unrepresented parties.

The Clerk also is directed to close this case and strike it from the court's docket.

**ENTERED:** August 10, 2017.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE